**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6463**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERNEST CARL DARCUS, JR., a/k/a Ernest C.
Darcas,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-96-43, CA-98-135-7, CR-95-34, CA-98-192-7)

―――――――――

Submitted: August 19, 1999          Decided: August 25, 1999

―――――――――

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Ernest Carl Darcus, Jr., Appellant Pro Se. Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ernest Carl Darcus, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Darcus</u>, Nos. CR-96-43; CA-98-135-7; CR-95-34; CA-98-192-7 (W.D. Va. Feb. 9, 1999). We deny Darcus' motion to acquire transcripts. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>